# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| Tiana Woodard | ) | |
| Debtor(s). | ) | Case No.19-16405 |
| | ) | Honorable Judge Lashonda A. Hunt |

### <u>NOTICE OF MOTION</u>

To: David M Siegel , David M. Siegel & Associates , 790 Chaddick Drive , Wheeling, IL 60090, davidsiegelbk@gmail.com via electronic notification;

David P Leibowitz, ESQ , 53 West Jackson Boulevard , Suite 1115 , Chicago, IL 60604, via electronic notification;

Patrick S Layng , 219 S Dearborn St , Room 873, Chicago, IL 60604, via electronic notification;

Tiana Woodard Debtor, 435 E. 45th Place , Apt. 1 , Chicago, IL 60653 via US Mail.

Please take notice that on August 07, 2019 at 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Lashonda A. Hunt, at Courtroom 719, 219 South Dearborn, Chicago, Illinois 60604, or before any other Bankruptcy Judge who may be presiding in said Judge's place, and shall present to the Court the attached motion at which time you may appear if you so choose.

*/s/ Jennifer Rinn*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Electronic Court Notification or by depositing the same postage prepaid, in the U.S. Mail on July 23, 2019.

Respectfully submitted,

Rinn Richman Law


*/s/  Jennifer Rinn*

Jennifer Rinn

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| Tiana Woodard | ) | |
| Debtor(s). | ) | Case No.19-16405 |
| | ) | |
| | ) | Honorable Judge Lashonda A. Hunt |

<u>**MOTION FOR RELIEF FROM STAY**</u>

    NOW COMES Exeter Finance, LLC, by and through its undersigned attorney, and as for its

Motion for Relief from Stay, states as follows:

1.    Exeter Finance, LLC is a creditor of the Debtor and is seeking relief pursuant to 11 U.S.C. § 362.

2.    On April 16, 2018, Debtor Tiana Woodard executed a Motor Vehicle Retail Installment Sales

Contract for an interest in one, 2016 CHEVROLET Cruze Limited Sedan 4D LT, VIN

1G1PE5SB5G7149171 ("Contract"). A true and correct copy of the Contract is attached hereto

as Exhibit "A".

3.    Exeter Finance, LLC has a properly perfected interest in the Collateral, and said lien was noted

upon the Certificate of Title in connection with the aforesaid motor vehicle. A true and correct

copy of the Certificate of Title is attached hereto as Exhibit "B".

4.    On June 07, 2019, the Debtor  filed a voluntary petition under Chapter 7 of Title 11 of the United

States Bankruptcy Code.

5.    As of June 27, 2019, the total debt owed to Exeter Finance, LLC was $17,098.37. Movant alleges

the value of said motor vehicle is approximately $11,850.00 pursuant to a N.A.D.A. Valuation

attached hereto as Exhibit "C".

6.    On May 08, 2019, Movant repossessed the collateral prior to bankruptcy and the Debtor has

made no demand for return of the collateral.

7.    Exeter Finance, LLC believes there is little to no equity in the property and that it is of zero value

and benefit to the estate.

8.   Exeter Finance, LLC's collateral is a rapidly depreciating asset.

9.   Movant's collateral is rapidly depreciating, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 400l(a)(3).

WHEREFORE, Exeter Finance, LLC prays this Honorable Court for the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362 so as to allow Exeter Finance, LLC to retain possession of one 2016 CHEVROLET Cruze Limited Sedan 4D LT, VIN 1G1PE5SB5G7149171, and to enforce its rights against the security in accordance with the agreement and/or applicable state laws and to find that Federal Rule 400l(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and thus Exeter Finance, LLC may immediately enforce and implement the Order Modifying the Automatic Stay and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Jennifer Rinn

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com